IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hayes, Diana W | Case Number:  04 B 34668 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/9/08 | Filed:  9/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  August 14, 2008
Confirmed:  December 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,713.00 | |
| Secured: | | 5,316.94 |
| Unsecured: | | 13,361.04 |
| Priority: | | 1,291.31 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,240.62 |
| Other Funds: | | 303.09 |
| Totals: | 23,713.00 | 23,713.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 2,200.00 | 2,200.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | WFS Financial | Secured | 5,316.94 | 5,316.94 |
| 4. | Internal Revenue Service | Priority | 1,291.31 | 1,291.31 |
| 5. | Capital One | Unsecured | 324.73 | 324.73 |
| 6. | Resurgent Capital Services | Unsecured | 751.05 | 751.05 |
| 7. | St Francis Hospital | Unsecured | 1,561.25 | 1,561.25 |
| 8. | WFS Financial | Unsecured | 331.57 | 331.57 |
| 9. | Capital One | Unsecured | 1,180.35 | 1,180.35 |
| 10. | Internal Revenue Service | Unsecured | 47.92 | 47.92 |
| 11. | ECast Settlement Corp | Unsecured | 2,046.67 | 2,046.67 |
| 12. | Wells Fargo Financial | Unsecured | 5,140.20 | 5,140.20 |
| 13. | ECast Settlement Corp | Unsecured | 1,977.30 | 1,977.30 |
| 14. | LaSalle Bank NA | Secured | | No Claim Filed |
| 15. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 18. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 19. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| | | | $ 22,169.29 | $ 22,169.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 212.10 |
| 3% | 71.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hayes, Diana W

Printed: 9/9/08

Case Number: 04 B 34668
Judge: Goldgar, A. Benjamin
Filed: 9/17/04

| | |
|---|---:|
| 5.5% | 229.36 |
| 5% | 89.61 |
| 4.8% | 156.26 |
| 5.4% | 481.30 |
| | _____ |
| | $ 1,240.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

